USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___June 29, 2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

Nyisha Pierre,                                                     :

                                        **Plaintiff,**              :

                                                                    :

            -against-                                               :

                                                                    :

                                                                    :          **ORDER**

**Wells Fargo Financial National**                                :

**Bank, et al.,**                                                    :          **1:21-CV-3141-ALC**

                                        **Defendants.**              :

------------------------------------------------------------- x


**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' pre-motion conference letters in connection with Defendant's intended motion to dismiss. ECF Nos. 14, 16. Upon review of the submissions, Defendant's requests for a pre-motion conference and for leave to file a motion to dismiss are hereby **DENIED** without prejudice. Pursuant to Fed. R. Civ. P. 15(a)(1)(B), Plaintiff may amend its pleading "21 days after service of a responsive pleading." Defendant filed its pre-motion conference letter on June 10, 2021 and, therefore, Plaintiff's amended complaint is due July 1, 2021. However, the Court will exercise its discretion to permit Plaintiff to file its amended complaint, if needed, no later than **July 15, 2021**. The Clerk of Court is directed to terminate the letter motion at ECF No. 14.


**SO ORDERED.**

**Dated:** June 29, 2021
 **New York, New York**

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**