```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
Nyisha Pierre,                                               :
                                                             :
                           Plaintiff,                        :
              -against-                                      :
                                                             :
Wells Fargo Financial National Bank, et al.,                 :    ORDER
                                                             :
                           Defendant.                        :    1:21-CV-3141-ALC
                                                             :
                                                             :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 28, 2021

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' (Defendant Wells Fargo Financial National Bank and Plaintiff Nyisha Pierre) pre-motion conference letters in connection with Defendant's intended motion to dismiss the Amended Complaint. ECF Nos. 23, 24. Upon review of the submissions, Defendant's request for a pre-motion conference is **DENIED**. Defendant's request for leave to file the motion to dismiss is hereby **GRANTED**. The Parties are directed to comply with the following briefing schedule: **Defendant's Initial Brief due August 18, 2021; Plaintiff's Opposition due September 1, 2021; Defendant's Reply (if any) due September 8, 2021.**

**SO ORDERED.**

**Dated:** July 28, 2021
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**